In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-12-00501-CR
_____

TONI ELAINE BERRY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 4
Montgomery County, Texas
Trial Cause No. 11-268800

ORDER

The clerk's record in the above styled and numbered cause was filed January 30, 2013.   No reporter's record was filed.   *See* Tex. R. App. P. 37.3(c). Appellant's brief was due March 3, 2013, but was not filed, and on April 9, 2013, we notified appellant's retained attorney, Clinard J. Hanby, that neither the brief of the appellant nor a motion for extension of time to file the brief has been filed.  *See* Tex. R. App. P. 38.8(b)(2). As of today, neither the brief of the appellant nor a motion for extension of time has been filed.

We abate the appeal and remand the case to the trial court to conduct a hearing at which a representative of the State, counsel for the appellant, and the appellant shall be present in person. *See* Tex. R. App. P. 38.8(b)(3). If the appellant is not incarcerated, but fails to appear at the hearing after having been notified to do so, or after reasonable attempts to notify her have been made, then the trial court may enter a finding that appellant no longer desires to pursue the appeal and send said finding to this Court. *See* Tex. R. App. P. 38.8(b)(4). If the appellant is present for the hearing, we direct the trial court to determine whether or not appellant desires to pursue her appeal. If appellant desires to pursue her appeal, we direct the trial court to determine why the brief of the appellant has not been filed, why appellant's counsel has not responded to late notices from this Court, and whether good cause exists to determine that retained counsel, Clinard J. Hanby, has abandoned the appeal. If the trial court determines that retained counsel has abandoned the appeal, the trial court shall determine whether the appellant is indigent and whether counsel should be appointed for the appeal. *See* Tex. Code Crim. Proc. Ann. art. 26.04(j)(2) (West Supp. 2012). If the trial court determines that the appellant is indigent and appoints counsel, the trial court may also order the court reporter to prepare the reporter's record of the trial. *See* Tex. R. App. P. 20.2.

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing. The transcription of the court reporter's notes from the hearing and the recommendations of the trial court judge are to be filed on or before June 3, 2013.

ORDER ENTERED May 2, 2013.

PER CURIAM

Before Gaultney, Kreger, and Horton, JJ.